474 A.2d 688

Commonwealth v. Gamble, Appellant.

Petition for Allowance of Appeal
Denied Aug. 3, 1984.

Submitted October 14, 1983. Ronald P. Rusinak, for appellant; D. Long, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

Order affirmed.